In the Matter of CHRISTIE B. GARLASCO v. HARRY PALTROWITZ.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

IRA GROBE v. MAX KRAMER.—

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HENRY HORNSTEIN et al. v. PARAMOUNT PICTURES, INC., et al., Impleaded with Others.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of LAWYERS MORTGAGE COMPANY. WILLIAM E. RUSSELL et al., as Reorganization Managers of Lawyers Mortgage Company; LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Liquidator.—

Present — Townley, Glennon, Cohn and Callahan, JJ.

LOUISE METCALFE v. SUFFERN SAVINGS AND LOAN ASSOCIATION and ROBERT F. CUTLER.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.